```
 1  SCOTT C. CLARKSON, ESQ.  SBN 143271
    EVE A. MARSELLA, ESQ.  SBN 165797
 2  CLARKSON, GORE & MARSELLA
    A PROFESSIONAL LAW CORPORATION
 3  3424 Carson Street, Suite 350
    Torrance, California 90503
 4  (310) 542-0111 Telephone
    (310) 214-7254 Facsimile
 5
    Attorneys for Debtor, Gruga USA, dba Novimex Fashion
 6  Ltd.
```



FILED OCT - 1 2007 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk

ENTERED OCT - 1 2007 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk

LODGED SEP 27

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re | Case No. LA 07-13388-AA |
|---|---|
| GRUGA USA, dba NOVIMEX FASHION LTD., | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER CONVERTING CASE UNDER CHAPTER 11 TO CASE UNDER CHAPTER 7**<br>Date: (NO HEARING REQUIRED)<br>Time:<br>Ctrm: |

Gruga USA, Chapter 11 Debtor and Debtor in Possession (the "Debtor") filed a motion in accordance with a U.S.C. § 1112(a) on September 5, 2007, seeking to convert this case to a case under chapter 7 of the Bankruptcy Code (title 11 of the United States Code). For good cause shown, it is ordered that:

1. This chapter 11 case is converted to a case under chapter 7.

2. The Debtor shall:

    a. Forthwith turn over to the chapter 7 trustee all records and property of the estate under its custody and control as required by Bankruptcy Rule 1019(5); and

---
Order Converting Chapter 11 Case to Chapter 7 Case

1

b. Within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a scheduled of all unpaid debts incurred after the commencement of the chapter 11 case, as required by Bankruptcy Rule 1019(6).

3. The Debtor within 15 days of the date of this order shall file the statement and schedules required by Bankruptcy Rules 1019(1)(A) and 1007(b), if such documents have not already been filed.

Dated: 10/1/07

Alan M. Ahart
United States Bankruptcy Judge

Submitted by:

**CLARKSON, GORE & MARSELLA,**
A Professional Law Corporation

By: /s/
　　Scott C. Clarkson
Attorneys for Gruga USA.,
dba Novimex Fashion, Ltd.

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re Gruga USA | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 07-13388-AA |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:

   was entered on *(specify date)*:   OCT - 1 2007

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*:
   OCT - 2 2007

Dated:   OCT - 1 2007

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
        Deputy Clerk

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3424 Carson Street, Suite 350, Torrance, CA 90503. I am employed in the office of a member of the bar of this court, at whose direction I made this service.

On September 27, 2007 I served the foregoing document described as:

**ORDER CONVERTING CASE UNDER CHAPTER 11
TO CASE UNDER CHAPTER 7**

on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE SERVICE LIST ATTACHED**

[X] **(BY MAIL) As follows**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 27, 2007 at Torrance, California.

/s/ Michelle Carpenter
Michelle Carpenter

Order Converting Chapter 11 Case to Chapter 7 Case

3

| | |
|---|---|
| 1 | **In re GRUGA USA dba NOVIMEX FASHION, LTD.**<br>**USBC - Central District, Case No. LA 07-13388-AA** |
| 2 | |
| 3 | **SERVICE LIST** |

4   Office of the United States Trustee
    Attn: Alvin Mar
5   725 S. Figueroa Street, Suite 2600
    Los Angeles, CA 90017

6

    **Attorney for Paul Reitzin Revocable Trust**
7   Allan D. Sarver. Esq.
    16633 Ventura Boulevard, Suite 800
8   Encino, CA 91436

9   **Attorneys for CIT Group / Commercial Services, Inc.**
    David Rauch, Esq.
10  Buchalter, Nemer, Fields & Younger
    1000 Wilshire Boulevard, Suite 1500
11  Los Angeles, CA 90017-2457

12  **Attorney for Westport Trade**
    Bruce G. Holden, Esq.
13  Best Best & Krieger, LLP
    5 Park Plaza, Suite 1500
14  Irvine, CA 92614

15  **Attorneys for Sauder Woodworking Co.**
    Robert D. Mollhagen, Esq.
16  Varnum, Riddering, Schmidt & Howlett, LLP
    39500 High Pointe Blvd., #150
17  Novi, MI 48375

18  **Debtor**
    Ron McDiamid, President
19  Gruga U.S.A, Inc.
    5463 Second Street
20  Irwindale, CA 91706

21

22

23

24

25

26

27

28

Order Converting Chapter 11 Case to Chapter 7 Case

4