JOHN J. MENCHACA, Chapter 7 Trustee
835 WILSHIRE BLVD, SUITE 300
LOS ANGELES, CA 90017
Telephone: (213) 683-3317
Facsimile: (213) 683-1883

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GRUGA, USA<br><br>NOVIMEX FASHION LTD.<br><br>Debtor(s). | Case No. 2:07-BK-13388 AA<br><br>Chapter 7<br><br>NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011) |

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No.10164 in the sum of $7,950.34 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: April 22, 2011

_____
JOHN J. MENCHACA,
Chapter 7 Trustee

## LIST OF CREDITORS/CLAIMS WITH UNCLAIMED DIVIDEND(S)

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 10127 | NATIONAL MARKETING SERVICES<br>Brenner Associates INC<br>3 Progress Street Suite 100<br>Edison, NJ 08820-1180 | 998.01 |
| 10129 | RICK G. GARCIA<br>502 A Chaney Street<br>Lake Elsinore, CA 92530 | 11.62 |
| 10137 | CMA LOGISTICS<br>15245 E Stafford<br>La Puente, CA 91744 | 5,068.41 |
| 10138 | SEMSA<br>1ER Retorno De Pintores No 13<br>Cd Sate Lite Circuito<br>Naucalpan Estado, Mexico 53100 | 133.34 |
| 10142 | HOMEWORLD BUSINESS<br>C/O SEALS & TENENBAUM<br>2323 W LINCOLN AVE #127<br>ANAHEIM, CA 92801 | 231.97 |
| 10147 | ROBERT BERNETT<br>18645 Hatteras #162<br>Tarzana, CA 91356 | 9.22 |
| 10149 | NATIONAL MARKETING SERVICES<br>Brenner Associates INC<br>3 Progress Street Suite 100<br>Edison, NJ 08820-1180 | 998.01 |
| 10152 | TRELLIS COMMUNICATIONS<br>2500 E Imperial Hwy<br>STE 201-327<br>Brea, CA 92821 | 499.76 |
| | Total: | $7,950.34 |

GRUGA, USA
2:07-BK-13388 AA

John J. Menchaca
Chapter 7 Trustee
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017